IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT LINDSAY   [CJ-2601] | : : : | CIVIL ACTION |
| v. | : : | |
| DAVID DIGUGLIELMO, et al. | : | NO.  05-712 |

**O R D E R**

AND NOW, this              day of                          , 2005, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, Chief United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DENIED AND DISMISSED AS TIME BARRED** under 28 U.S.C. §2244(d)(1).

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
MICHAEL M. BAYLSON,                    J.